```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 03787
   BARBARA FLETCHER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-8461

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/02/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC    8389.98        607.73     2579.97
CHASE AUTO FINANCE         UNSECURED      NOT FILED           .00         .00
HSBC BANK USA              CURRENT MORTG        .00           .00         .00
HSBC BANK USA              MORTGAGE ARRE  11803.39            .00      202.62
WELLS FARGO AUTO FINANCE   SECURED VEHIC       .00            .00         .00
WELLS FARGO AUTO FINANCE   UNSECURED      NOT FILED           .00         .00
FAIRFIELD DISCOVERY VACA   UNSECURED      NOT FILED           .00         .00
ECAST SETTLEMENT CORP      UNSECURED        215.04            .00         .00
PETER L BERK               DEBTOR ATTY     2,064.00                   2,064.00
TOM VAUGHN                 TRUSTEE                                      420.92
DEBTOR REFUND              REFUND                                       419.63

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,294.87

PRIORITY                                          .00
SECURED                                       2,782.59
   INTEREST                                     607.73
UNSECURED                                         .00
ADMINISTRATIVE                                2,064.00
TRUSTEE COMPENSATION                            420.92
DEBTOR REFUND                                   419.63
                    -------------         -------------
TOTALS               6,294.87                 6,294.87
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 03787 BARBARA FLETCHER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 03787 BARBARA FLETCHER